UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RHONDA LOUISE THOMPSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| *Acting Commissioner of Social Security,* | ) | Case No. 7:14-CV-141-KS |
| Defendant. | ) | |
| | ) | |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS Plaintiff's motion for judgment on the pleadings, DENIES Defendant's motion for judgment on the pleadings and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **August 12, 2015,** with electronic service upon:

**H. Clifton Hester,** *Counsel for Plaintiff*
**Elisa Donohoe**, *Counsel for Defendant*

**JULIE RICHARDS JOHNSTON,**
CLERK, U.S. DISTRICT COURT


/s/ *Shelia Foell*
(By): Shelia Foell, Deputy Clerk